UNITED STATES of America, Appellee, v. John ISOLA, alias John Idolda, alias John Mayo, Appellant.

No. 77.

Circuit Court of Appeals, Second Circuit.

Oct. 15, 1934.

Abraham Solomon, of New York City, for appellant.

Leo J. Hickey, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith, Asst. U. S. Atty., of New York City, and Emanuel Bublick, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Judgment affirmed.

UNITED STATES of America, Appellant, v. Vernon R. LAWSON, Appellee.

No. 7684.

Circuit Court of Appeals, Ninth Circuit.

Nov. 26, 1934.

J. A. Carver, U. S. Atty., of Boise, Idaho.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant, and stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

UNITED STATES of America, Complainant-Appellee, v. LAI SEE, Defendant-Appellant.

No. 119.

Circuit Court of Appeals, Second Circuit.

Oct. 15, 1934.

Edward A. Welti, of New York City (Herbert S. Siegal, of New York City, of counsel), for appellant.

Martin Conboy, U. S. Atty., of New York City (Irvin C. Rutter, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Order (6 F. Supp. 629) affirmed.